# Exhibit D

Exhibit D

## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, ss | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT<br>CIVIL ACTION NO. 2581CV02269 |

ANNA WEICK,

        Plaintiff,

  v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

        Defendant.

### **NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that this case, styled as *Anna Weick v. President and Fellows of Harvard College*, which was previously pending in this, the Middlesex County Superior Court, Docket No. 2581CV02269, has been removed to the United States District Court for the District of Massachusetts, by the Defendant, President and Fellows of Harvard College, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. A copy of the Notice of Removal, filed with the United States District Court for the District of Massachusetts, is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

320705716v.1

DATED: October 24, 2025					Respectfully submitted,


							By: */s/ Molly C. Mooney*
							Robert A. Fisher (BBO# 643797)
							rfisher@seyfarth.com
							Molly C. Mooney (BBO# 687812)
							mmooney@seyfarth.com
							SEYFARTH SHAW LLP
							Seaport East
							Two Seaport Lane, Suite 1200
							Boston, Massachusetts  02210-2028
							Telephone:    (617) 946-4800
							Facsimile:     (617) 946-4801

							ATTORNEYS FOR
							DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, a true copy of the forgoing document was electronically filed through the Court's ECF system. Paper and electronic copies were served on the plaintiff as follows:

| | |
|---|---|
| Francis J. Bingham | Raymond Dinsmore, Esq |
| Francis.bingham@binghamhopkins.com | rdinsmore@hayberlawfirm.com |
| Brook Hopkins | Richard E. Hayber, Esq |
| Brook.hopkins@binghamhopkins.com | rhayber@hayberlawfirm.com |
| Bingham Hopkins LLC | Ryan B. Guers, Esq. |
| 20 University Road, Suite 500 | rguers@hayberlawfirm.com |
| Cambridge, MA 02138 | Hayber, McKenna, & Dinsmore, LLC |
| | One Monarch Place, Suite 1340 |
| | Springfield, MA 01144 |


							*/s/ Molly C. Mooney*
							Molly C. Mooney

2

320705716v.1