IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA WEICK and IRA STOLL,<br><br>    Plaintiffs, on their own behalf and on behalf of all others similarly situated,<br><br>    v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Defendant. | Civil Action No. 1:25-cv-13123-AK |

## PLAINTIFFS' MOTION TO REMAND

This class action lawsuit brought on behalf of former Harvard University employees – one unionized named plaintiff, one not – states a single claim for violation of the Massachusetts Wage Act. It presents a narrow question of Massachusetts law: is accrued personal time a "wage," and therefore required to be paid to an employee upon separation under M.G.L. c. 149 § 148? For the reasons set forth in the accompanying memorandum of law, neither the Labor Management Relations Act ("LMRA") nor any other federal law confers jurisdiction on this Court to adjudicate plaintiffs' state law claim because there is no need to interpret the provisions of a collective bargaining agreement ("CBA"), and no CBA violation occurred. Harvard's attempt to shoehorn this dispute into the LMRA is, in reality, a thinly veiled effort to avoid paying earned wages that they have unlawfully retained from their former employees for years. This matter can be resolved without even pulling the CBA off the shelf, much less interpreting its terms. Consistent with Supreme Court and First Circuit precedent, the Court should remand this matter to state court where it belongs.

Respectfully submitted,

ANNA WEICK and IRA STOLL, individually and for all others similarly situated,

By their attorneys,

*/s/ Francis J. Bingham*
Francis J. Bingham (BBO No. 682502)
Brook Hopkins (BBO No. 683871) (admission pending)
Bingham Hopkins LLC
20 University Road, Suite 500
Cambridge, MA 02138
Telephone: (617) 798-2302
Francis.Bingham@binghamhopkins.com
Brook.Hopkins@binghamhopkins.com

*/s/ Raymond Dinsmore*
Raymond Dinsmore, Esq. (BBO No. 667340)
Richard E. Hayber, Esq. (BBO No. 569131)
Ryan B. Guers, Esq. (BBO No. 713870)
Hayber, McKenna, & Dinsmore, LLC
One Monarch Place, Suite 1340
Springfield, MA 01144
Telephone: (413) 785-1400
rdinsmore@hayberlawfirm.com
rhayber@hayberlawfirm.com
rguers@hayberlawfirm.com

Dated: November 13, 2025

## **RULE 7.1(A)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2) of the United States District Court for the District of Massachusetts, I, Francis J. Bingham, counsel for the plaintiffs, hereby certify that on November 13, 2025, I conferred with counsel for the defendant in a good faith attempt to resolve or narrow the issues presented by the foregoing motion.

*/s/ Francis J. Bingham*
Francis J. Bingham

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, a true copy of the above document was electronically filed through the Court's ECF system, and will be send electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Francis J. Bingham*
Francis J. Bingham
