IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA WEICK and IRA STOLL,<br><br>　　　Plaintiffs, on their own behalf and on behalf of all others similarly situated,<br><br>　　v.<br><br>PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　Defendant. | Civil Action No. 1:25-cv-13123-AK |

## AFFIDAVIT OF FRANCIS J. BINGHAM

1. I am an attorney representing the plaintiffs in the above-captioned matter.

2. I am over eighteen (18) years of age, of sound mind, and competent to make this affidavit.

3. The statements made in this affidavit are true and accurate to the best of my knowledge, information, and belief.

4. On September 17, 2025, Plaintiff Anna Weick filed suit against Harvard in Middlesex County superior court, asserting a single claim for violation of the Massachusetts Wage Act arising out of Harvard's failure to pay her for her accrued personal days upon separation.

5. On October 24, 2025, an amended complaint was filed in superior court adding a non-unionized former Harvard employee, Ira Stoll, as a plaintiff and putative class representative.

6.        As alleged in the amended complaint (¶¶ 19-20), Harvard's Human Resources Department maintains a website that describes the university's policy concerning the use of personal time. It states:

> 3 personal days annually offer additional flexibility in balancing work and life. Personal days are given on January 1 and must be used by December 31. New employees receive personal days on a prorated basis depending upon start date: January 1-March 31 - 3 personal days; April 1-June 30 - 2 personal days; July 1-September 30 - 1 personal day.

Paid Time Off & Leaves policy, attached as **Exhibit 1**.[1]

7.        Harvard's paid time off policies, including the personal time policy, "apply to administrative and professional staff; overtime eligible, non-bargaining unit staff; and employees covered by HUCTW, except as noted. Members of other bargaining units should consult their union contract for time off policies." *Id.*

Signed under penalties of perjury,

*FJBingham*
Francis J. Bingham

Date: November 12, 2025

---

[1] Available at https://hr.harvard.edu/paid-time-leaves (last accessed Nov. 12, 2025).

# **EXHIBIT 1**





Home  >  Benefits & Wellbeing  >  Paid Time Off & Leaves

# Paid Time Off & Leaves

## ˅ Benefits & Wellbeing

Harvard's generous paid time off benefits – including vacation, personal and sick time, holidays, and leave for new parents and to manage illness – combined with flexible, supportive unpaid leave opportunities support your wellbeing and healthy balance of work and personal responsibilities.

## Overview of paid time off

- **20 days of vacation** per year for administrative/professional staff. Unused vacation carries into the next year, with a 30-day maximum for those with less than five years of service and a 40-day maximum for those with at least five years.

- **15 days of vacation** per year for support staff under five years of service, which increases to 20 days per year after five years of service. Unused vacation carries into the next year, with a 30-day maximum for those with less than five years of service and a 40-day maximum for those with at least five years.

- **3 personal days** annually offer additional flexibility in balancing work and life. Personal days are given on January 1 and must be used by December 31. New employees receive personal days on a prorated basis depending upon start date: January 1-March 31 - 3 personal days; April 1-June 30 - 2 personal days; July 1-September 30 - 1 personal day.

- **12 sick days** per year. In addition to using sick days to care for yourself, you may use up to 12 days per year to care for a sick family or household member. Unused days may be carried over from year to year, up to a maximum balance of 130 days.

- **12.5 paid holidays** plus a Winter Recess during the week between Christmas and New Year.

- Up to **12 weeks paid leave for new parents** who are primary caregivers.

- Time off for jury duty and bereavement.

Current staff can find important details on the employee website, HARVie's Paid Time Off section (HarvardKey required), including accrual rates and how to request time off in PeopleSoft.

## Leaves of Absence

Harvard offers a variety of paid and unpaid leave options for medical, personal, or family reasons, as well as for career development, government service, military training and deployment, retirement planning, and release time for learning. Our comprehensive leave options allow you the time you need to care for yourself and your family's needs.

Harvard also complies fully with mandated leave requirements, including Massachusetts Paid Family and Medical Leave (HarvardKey required), Domestic Violence Leave, FMLA, and others. Current staff can find details on the

employee website, HARVie's Leaves page (HarvardKey required), including types of leave and policies.

The paid time off policies summarized on these pages apply to administrative and professional staff; overtime eligible, non-bargaining unit staff; and employees covered by HUCTW, except as noted. Members of other bargaining units should consult their union contract for time off policies. Faculty members should contact their dean's or faculty affairs office. All paid time off is prorated for part-time schedules.

## Related Links

Personnel manual (HarvardKey required)
Union contracts

## Contact Us

Questions about time off may be directed to your local HR office.



**Administrator Tools**

HR Intranet

**Employee Tools**

Careers@Harvard (Job Openings/Applications)

**Contact Us**

Careers@Harvard

HARVie Classifieds

Oracle | Financial Systems

Harvard Directory

Fieldglass

Outlook Web App

Zoom at Harvard

Admin login



Copyright © 2025 The President and Fellows of Harvard College

Accessibility      Digital Accessibility      Report Copyright Infringement      Info Practices