## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ANNA WEICK and IRA STOLL,

        Plaintiffs, on their own behalf and on behalf of all others similarly situated,

    v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

        Defendant.

Civil Action No. 1:25-cv-13123-AK

## DEFENDANT PRESIDENT AND FELLOWS OF HARVARD COLLEGE'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant President and Fellows of Harvard College ("Harvard") respectfully submits this Notice of Supplemental Authority to inform the Court of a recent decision by the Massachusetts Appeals Court concerning the scope of "wages" under the Massachusetts Wage Act that is relevant to Harvard's pending motion to dismiss. In that case, the court concluded that compensatory time is not a wage covered by the statute. *Fontana, et al. v. City of Boston*, No. 25-P-352, slip op. at 4-5 (Mass. App. Ct. June 2, 2026) (attached as **Exhibit A**). The plaintiffs were retired nonunion employees of the Boston Fire Department who filed a claim alleging that the City of Boston violated the Wage Act by failing to pay them for unused compensatory time when they retired. *Id*. at 2. A department policy provided the potential for the plaintiffs to convert unused vacation time into compensatory time through a multistep, conditional formula. *Id.* at 3. The Appeals Court concluded that the City had not violated the Wage Act, holding:

> That statute is designed to combat 'unscrupulous employers' who violate the statute 'by withholding earned wages.'" *Calixto v. Coughlin*, 481 Mass. 157, 160 (2018), quoting *Segal v. Genitrix, LLC*, 478 Mass. 551, 560 (2017). *See* G.L. c. 149, § 148. The statute requires payment of 'wages earned,' 'holiday or vacation payments,' and in some circumstances, 'commissions.' G.L. c. 149, § 148. The statute is silent

as to compensatory time, and 'ordinarily we will not add language to a statute where the Legislature itself has not done so.'" *Tze-Kit Mui v. Massachusetts Port. Auth.*, 478 Mass. 710, 712 (2018).

*Fontana*, No. 25-P-352, slip op. at 4-5. The court found that instead of wages earned, the plaintiffs' compensatory time "constituted, at best, something akin to 'contingent bonus[es],' *Tze-Kit Mui*, 478 Mass. at 713, for chiefs who qualified for the opportunity to redeem unused vacation time, elected to redeem and convert that time, and obtained approval from the fire commissioner to carry over the newly converted compensatory time." *Fontana*, No. 25-P-352, slip op. at 5.

DATED: June 8, 2026                                  Respectfully submitted,


                                        By: */s/ Robert A. Fisher*
                                        Robert A. Fisher (BBO# 643797)
                                        rfisher@seyfarth.com
                                        Barry J. Miller (BBO#: 661596)
                                        bmiller@seyfarth.com
                                        Molly C. Mooney (BBO# 687812)
                                        mmooney@seyfarth.com
                                        Nicole E. Ricker (BBO# 713593)
                                        nricker@seyfarth.com
                                        SEYFARTH SHAW LLP
                                        Seaport East
                                        Two Seaport Lane, Suite 1200
                                        Boston, Massachusetts 02210-2028
                                        Telephone:    (617) 946-4800
                                        Facsimile:    (617) 946-4801

                                        ATTORNEYS FOR
                                        DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Francis J. Bingham
Francis.bingham@binghamhopkins.com
Brook Hopkins
Brook.hopkins@binghamhopkins.com
Bingham Hopkins LLC
20 University Road, Suite 500
Cambridge, MA 02138

Raymond Dinsmore, Esq
rdinsmore@hayberlawfirm.com
Richard E. Hayber, Esq
rhayber@hayberlawfirm.com
Ryan B. Guers, Esq.
rguers@hayberlawfirm.com
Hayber, McKenna, & Dinsmore, LLC
One Monarch Place, Suite 1340
Springfield, MA 01144


*/s/ Robert A. Fisher*
Robert A. Fisher

326339924v.1