UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Anna Weick**
    Plaintiff

v.                                                    Civil Action No. 25-cv-13123-AK

**President and Fellows of Harvard College**
    Defendant

**ORDER FOR REMAND**

A. KELLEY, D.J

In accordance with this Court's Order dated July 15, 2026, it is hereby ordered that this case be REMANDED to Middlesex County Superior Court.

BY THE COURT,

/s/ Courtney Horvath

Deputy Clerk

DATED: July 15, 2026